IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROY EDWARD HALL**                                                                                           **PLAINTIFF**

v.                                          Case No. 4:23-cv-001184-LPR

**KELLY CARTHERS,**
*Public Defender*                                                                                             **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 5th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE